# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Mitchell Shed, | : <br> : <br> : <br> : Civil Action No.: 6:20-cv-00365-RAW <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Natural Herbal CBD; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendants. | : <br> : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Mitchell Shed ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 4, 2020

                                                  Respectfully submitted,

                                                  By */s/ Sergei Lemberg*

                                                  Sergei Lemberg, Esq.
                                                  LEMBERG LAW, L.L.C.
                                                  43 Danbury Road, 3rd Floor
                                                  Wilton, CT 06897
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  Email: slemberg@lemberglaw.com
                                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2020, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg